USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
FRANCISCO JOSE CORBELLA and         :
JULIO CESAR CORBELLA,               :   06 Civ. 14445 (BSJ)
                                    :
            Plaintiffs,             :
                                    :       ORDER
v.                                  :
                                    :
VINCEPORT LTD CORPORATION, MATTHEW  :
HUT LTD., LOYD INTERNATIONAL        :
INCORPORATED and EDWARD B. LOYD,    :
                                    :
            Defendants.             :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On December 3, 2008 Plaintiffs informed the Court that Plaintiffs would apply for entry of a default judgment on or before December 8, 2008. Because the docket reflects no record of such an application, on April 6, 2010 the Court ordered Plaintiffs to apply for a default judgment or to advise the Court of the status of the case on or before April 12, 2010. The Court warned that failure to do so would result in dismissal of this case.

Plaintiffs have neither applied for a default judgment nor advised the Court of the status of the case. Therefore, the case is DISMISSED with prejudice. The Clerk of Court is directed to close this case.

1

**So Ordered:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         April 15, 2010